1  **JESSE S. KAPLAN    CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **CASEY BEALE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **CASEY BEALE,** | No.   2:12-CV-03055-EFB |
| Plaintiff, | **STIPULATION AND  [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CAROLYN COLVIN,** Acting Commissioner of Social Security, | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from the current due date to June 24, 2013

This is the first extension.

Dated: May 24, 2013                 /s/   Jesse S. Kaplan
                                    JESSE S. KAPLAN
                                    Attorney for Plaintiff


Dated: May 24, 2013                  /s/ per e-mail authorization
                                    TIMOTHY BOLIN
                                    Special Assistant U.S. Attorney
                                    Attorney for Defendant

1

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is granted and the time is extended to June 24, 2013.

SO ORDERED.

Dated: May 29, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE